UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
KRISTEN B. NESTLER,

                              Plaintiff,

-against--                                                    02-CV-1115
                                                               (TJM/RFT)
CHARTWELLS DINING SERVICES,
COMPASS GROUP, and Paul Krouse,

                              Defendants.
--------------------------------------------------------

      This action having come before this Court for a trial by jury, Thomas J. McAvoy, District Judge, presiding and the issues having been duly tried and the jury having rendered its verdict,

      **IT IS ORDERED AND ADJUDGED** that Plaintiff is awarded compensatory damages against Compass Group for back pay in the amount of $35,303.00 plus interest compounded annually from April 29, 2002 to January 28, 2005 at the rates established by 28 U.S.C. § 1961(a) [2.87%], totaling $38,160.50; Plaintiff is awarded $100,000.00 in compensatory damages against Compass Group and Paul Krouse, jointly and severally, plus interest from May 7, 2004 to January 28, 2005 at the rate established by 28 U.S.C. § 1961(a) [2.87%], totaling $102,078.35; Plaintiff is awarded compensatory damages against Compass Group for front pay in the amount of $7,670.00, plus interest from May 7, 2004 to January 28, 2005 at the rate established by 28 U.S.C. § 1961(a) [2.87%], totaling $7,829.41; Plaintiff is awarded punitive damages against Compass Group in the amount of $300,000.00, plus interest from May 7, 2004 to January 28, 2005 at the rate

1

established by 28 U.S.C. § 1961(a) [2.87%], totaling $306,235.05; and Plaintiff is awarded post-judgment interest on those awards previously set forth herein from February 4, 2005 at the rate established by 28 U.S.C. § 1961(a).

DATED: February 4, 2005

_____
LAWRENCE K. BAERMAN
Clerk of the Court

By: CMUgas, Deputy Clerk