**ORIGINAL**

NDNY ALNY
02-cv-1115
McAvoy

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 25 2005
LAWRENCE K. BAERMAN, CLERK
ALBANY

FILED
JUL 11 2005
(Court of Appeals Second Circuit seal)

Docket Number(s): 05-1169-CV

Caption [use short title]

Motion for: Reactivation of Appeal

Nestler

Chartwells Dining

Set forth below precise, complete statement of relief sought:
Pursuant to the Court-endorsed stipulation of the parties, Appellants request that their appeal be reactivated. Appellants request 45 days to submit their appellate brief and supporting papers.

| MOVING PARTY: | OPPOSING PARTY: |
|---|---|
| ☐ Plaintiff   ☐ Defendant | |
| ☒ Appellant/Petitioner   ☐ Appellee/Respondent | |

MOVING ATTORNEY: Frances M. Nicastro
[name of attorney, with firm, address, phone number and e-mail]
fnicastro@littler.com
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022
(212) 583-9600

OPPOSING ATTORNEY [Name]: _____
[name of attorney, with firm, address, phone number and e-mail]

Court-Judge/Agency appealed from: United States District Court for the N.D.N.Y.

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?    ☒ Yes   ☐ No
B. been obtained?   ☒ Yes   ☐ No

Is oral argument requested?   ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☐ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this Court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney: /s/ Frances M. Nicastro   Date: July 11, 2005

CERTIFIED 7/18/05

Has service been effected?   ☒ Yes   ☐ No
[Attach proof of service]

**ORDER**

Treating this "motion" as a timely notice of reactivation, per stipulation, IT IS HEREBY ORDERED THAT the notice is timely, and shall be filed. The Clerk's Office will send the reactivated file to Staff Counsel for issuance of a new scheduling order.

Date: July 15, 2005

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk of Court

By: /s/ STAFF COUNSEL

A TRUE COPY
Roseann B. MacKechnie, Clerk
Deputy Clerk

FILED JUL 15 2005

Form T-1080 (Revised 10/31/02).