NDNY/ALNY
1; 02-cv-1115
McAVOY/Treece

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 15 2005
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES COURT OF APPEALS
FILED
NOV 14 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

NESTLER
v.
CHARTWELLS

Docket No. 05-1169-cv

05-1169-cv

### STIPULATION WITHDRAWING APPEAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure.

Attorney for Appellant
Frances M. Nitestra, Esq.
Levin, Mandelson, PC

Attorney for Appellee
Jeffrey F. Sherm, Esq.
O'Connell & Aronowitz

Dated:
SO ORDERED:

COUNSEL: Please print name and firm under signature.

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Stanley A. Bass, Staff Counsel
Nov. 14, 2005

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

CERTIFIED:
NOV 15 2005